IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES

V.                                                      NO. 4:24CR071-DMB-JMV

DENNIS COLEMAN

ORDER REQUIRING PETITIONER TO SUBMIT AMENDED PETITION ON THE
ENCLOSED STANDARD FORM WITHIN 21 DAYS

    Dennis Coleman, proceeding *pro se*, has submitted a fourteen-page handwritten motion seeking relief under 28 U.S.C. § 2255.  Doc. # 84.  Coleman, however, has not used the Court's standard form for petitions filed under § 2255.  The Court uses these forms for the expeditious administration of § 2255 cases.  As such, Coleman is **DIRECTED** to complete and return the enclosed standard § 2255 form within twenty-one (21) days from the date of this Order.  Failure to do so may lead to the dismissal of his petition without prejudice.

    **SO ORDERED**, this the 6th day of February, 2026.

/s/ Jane Virden
UNITED STATES MAGISTRATE JUDGE