**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES**

**V.**                                                                  **NO. 4:24CR071-DMB-JMV**

**DENNIS COLEMAN**

## ORDER

This matter comes before the Court on the *pro se* Defendant Dennis Coleman's Motion to Retrieve Any and/or All Legal Documentation.  Doc. # 92.  Per the Court's direction, Coleman submitted an exhibit to the motion identifying what documents he seeks on June 8, 2026.  Doc. # 94.  In particular, Coleman seeks his motion for discovery, Doc. # 24, a transcript from his sentencing hearing, Doc. # 78, and transcript from his suppression hearing held on December 4, 2024.  The first two requests are available through PACER (Public Access to Court Electronic Records) and the third is not on the docket at all.  It is this District's policy not to send copies of court documents that are available through PACER.gov.  As such, Coleman's motion [92] to retrieve any and/or all legal documentation is not well-taken and is, therefore, **DENIED**.  For more information, Coleman is directed to contact his former attorney, Inmate Legal Assistance, or the PACER Service Center at www.pacer.gov.

**SO ORDERED**, this the 8th day of June, 2026.

/s/ Jane Virden
UNITED STATES MAGISTRATE JUDGE